# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Firewatch Contracting of Florida, LLC )    ASBCA Nos. 61168, 61455, 61653
)                      61654, 61734
)
Under Contract No. N69450-16-D-0604 )

APPEARANCE FOR THE APPELLANT:    Sarah C. Reida, Esq.
                                      Legal Meets Practical, LLC
                                      Naperville, IL

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                        Navy Chief Trial Attorney
                                        Henry D. Karp, Esq.
                                        Senior Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: March 7, 2019

_____
HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61168, 61455, 61653, 61654, 61734, Appeals of Firewatch Contracting of Florida, LLC, rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals